Sean K. McElenney, #016987
Coree E. Neumeyer, #025787
BRYAN CAVE LLP, #00145700
Two North Central Avenue, Suite 2200
Phoenix, Arizona 85004-4406
Telephone: (602) 364-7000
Facsimile: (602) 364-7070
skmcelenney@bryancave.com
coree.neumeyer@bryancave.com

Attorneys for Defendant

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Raymond L. Doyle and Kathleen Doyle, husband and wife,<br><br>  Plaintiffs,<br><br>vs.<br><br>Federal National Mortgage Association, its assignees and/or successors, and DOES 1-10 inclusive,<br><br>  Defendants. | No. 3:12-cv-08080-DGC<br><br>**STIPULATION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT**<br><br>(Honorable David G. Campbell) |

Plaintiffs Raymond L. Doyle and Kathleen Doyle and Defendant Federal National Mortgage Association ("Fannie Mae") hereby stipulate and agree that Fannie Mae shall have through and including May 31, 2012 to file a pleading in response to the Plaintiffs' Complaint. The parties agree to this extension so that they may explore options for an early resolution of this matter. The parties also stipulate and agree that Fannie Mae shall provide Plaintiffs with seven (7) days' written notice before it seeks issuance of a writ of restitution in Mohave County Superior Court Case No. S-8015-CV-201100882. A form of Order mutually agreeable to the parties is attached hereto.

715739/0335843

1    DATED this 30th day of April, 2012.

2           BRYAN CAVE LLP

By s/Coree E. Neumeyer
   Sean K. McElenney
   Coree E. Neumeyer
   Two North Central Avenue, Suite 2200
   Phoenix, AZ  85004-4406

   Attorneys for Defendant

KELLEY, MOSS & HOLDEN, PLLC

By s/Steven C. Moss (with permission)
   Steven C. Moss
   2031 Highway 95
   Bullhead City, AZ  86442

   Attorneys for Plaintiffs

ORIGINAL of the foregoing filed electronically this 30th day of April, 2012 with a copy mailed to:

Steven C. Moss
Kelley, Moss & Holden, PLLC
2031 Highway 95
Bullhead City, AZ 86442
Attorneys for Plaintiffs


By s/Carol McKeever

BRYAN CAVE LLP
TWO NORTH CENTRAL AVENUE, SUITE 2200
PHOENIX, ARIZONA 85004-4406
(602) 364-7000